IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE LEVY, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | NO. 5:14-CV-00580-olg |
| AERION RENTAL SERVICES, LLC | | |
| Defendant. | | |

**NOTICE OF APPEARANCE OF WILLIAM R. STUKENBERG**

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that William R. Stukenberg of Jackson Lewis P.C. is making an appearance in this case as an attorney to be noticed for Defendant Aerion Rental Services, LLC.

>William R. Stukenberg
>State Bar No. 24051397
>JACKSON LEWIS P.C.
>Wedge International Tower
>1415 Louisiana, Suite 3325
>Houston, Texas 77002
>Telephone: (713) 650-0404
>Facsimile: (713) 650-0405
>Email: william.stukenberg@jacksonlewis.com

Please modify your records and service lists accordingly.

Respectfully submitted,

OF COUNSEL:

/s/ Jeff Barnes
Jeff Barnes
State Bar of Texas No. 24045452
Federal No. 578228
JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002-7332
(713) 650-0404 [Telephone]
(713) 650-0405 [Facsimile]
barnesj@jacksonlewis.com [Email]

William R. Stukenberg
State Bar No. 24051397
Federal No. 55792
JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002-7332
(713) 650-0404 [Telephone]
(713) 650-0405 [Facsimile]
william.stukenberg@jacksonlewis.com [Email]

**ATTORNEY-IN-CHARGE FOR DEFENDANT AERION RENTAL SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that the preceding *Notice of Appearance of William R. Stukenberg* was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas, San Antonio Division, on August 7, 2014 and therefore has been served on the attorneys for Plaintiff in accordance with such e-filing protocols.

/s/ Jeff Barnes
Jeff Barnes