IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE LEVY, ET AL. | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:14-CV-00580-OLG |
| AERION RENTAL SERVICES,LLC | § | Jury Demanded |
| Defendant. | § | |

### PLAINTIFF'S FIRST NOTICE OF FILING OF OPT-IN CONSENTS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, George Levy, individually, and on behalf of similarly situated present and former employees, hereinafter referred to as "Plaintiffs", and files this notice of the filing of Opt-In Consents, previously followed for Plaintiff George Levy and potential class member Matthew B. Decuir, Attached hereto as Exhibit "A".

Respectfully Submitted,

By: /s/ Adam Poncio
**Adam Poncio**
**State Bar No. 16109800**
**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Rd., # 109**
**San Antonio, Texas 78229-3550**
**Telephone:** (210) 212-7979
**Facsimile:** (210) 212-5880

**Chris McJunkin**
**State Bar #13686525**
**2842 Lawnview**
**Corpus Christi, Tx. 78404**
**Tel: (361) 882-5747**
**Fax: (361) 882-8926**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2014, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System:

William Stukenberg
Jeff Barnes
Jackson Lewis PC
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
713-650-0404 Telephone

                                       /s/ Adam Poncio
                                       Adam Poncio

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GEORGE LEVY, ET AL, Plaintiffs | * * * * |
| VS. | * CIVIL ACTION NO. 5:14-CV-00580 * |
| AERION RENTAL SERVICES, LLC Defendant | * * |

**CONSENT TO BE PARTY PLAINTIFF**
Pursuant to Fair Labor Standards Act
29 U.S.C. '216(b)

I, George Levy, consent and agree to be a party plaintiff in the above captioned and styled case for and in behalf of myself and other employees similarly situated.

Executed on 6/25/14

George Levy

## OPT-IN CONSENT FORM

**Levy v Aerion Rental Services, LLC. Et al**
Civil Action No. 5:14-cv-00580-olg

Name: Matthew B Decuir          S.S.# (optional) _____

Address: ████████████          Work Phone: _____

████████████                    Home Phone: ████████

                                Email: ████████

### CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act**
29 U.S.C. '216(b)

1. I consent and agree to pursue my claims arising out of overtime work as an employee or former employee of Aerion Rental Services, LLC. in connection with the above referenced lawsuit.

2. I have worked in the position(s) listed above from on or about 10-29-12 (month, year) to on or about 9-16-13 (month, year).

3. During the above time period, I worked in excess of forty (40) hours per week, but was not paid overtime compensation and hourly overtime for all the hours that I worked.

4. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. '201, et. seq. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound to any judgment by the Court or any settlement of this action.

5. I hereby designate The Poncio Law Offices, P.C., Adam Poncio, and Attorney Chris McJunkin to represent me for all purposes in this action.

6. I also designate the collective action Representative(s) as my agent(s) to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, the entering of an agreement with Plaintiffs= Counsel concerning attorneys= fees and costs, and all other matters pertaining to this lawsuit.

(Signature) _[signed]_          (Date Signed) 8-4-14

### **NOTE**

Statute of limitations concerns mandate that you return
this form **as soon as possible** to preserve your rights.